UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Khalynn Lewis                                              Docket No. 5:25-MJ-1167-RN-1

## Petition for Action on Probation

COMES NOW C. Jordan Hagins, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Khalynn Lewis, who, upon an earlier plea of guilty to Count 1- Driving While Impaired, in violation of 18 U.S.C. § 13, assimilating N.C.G.S. 20-138.1, was sentenced by the Honorable Robert T. Numbers II, U.S. Magistrate Judge, on April 9, 2025, to 12 months of probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant is currently being supervised in the Northern District of Georgia and they have requested the defendant's conditions be modified to better supervise the case.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. You must submit to substance abuse testing and alcohol testing to determine if you have used a prohibited substance. You must not obstruct, attempt to obstruct, or tamper with any testing methods. You must pay all or part of the costs of testing based on your ability to pay unless excused by the probation officer.

2. You must not use or possess any controlled substances without a valid prescription. If you do have a valid prescription, you must disclose the prescription information to the probation officer and follow the instructions on the prescription.

3. You must not use or possess alcohol.

4. The defendant is authorized to operate a motor vehicle for the purposes of attending employment, probation activities (office visits and community service), religious and medical appointments as deemed necessary.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Mindy Threlkeld<br>Mindy Threlkeld<br>Supervising U.S. Probation Officer | /s/ C. Jordan Hagins<br>C. Jordan Hagins<br>U.S. Probation Officer<br>150 Rowan Street Suite 110<br>Fayetteville, NC 28301<br>Phone: 910-988-1275<br>Executed On: August 14, 2025 |

**Khalynn Lewis**
**Docket No. 5:25-MJ-1167-RN-1**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered on August 14, 2025. It is further ordered that this document shall be filed and made a part of the records in the above case.

_Robert T. Numbers II_
Robert T. Numbers, II
United States Magistrate Judge

**Khalynn Lewis**
**Docket No. 5:25-MJ-1167-RN-1**
**Petition For Action**
**Page 3**

## FOR JUDGE'S VIEW ONLY

## DO NOT FILE

**Khalynn Lewis**
**Docket No. 5:25-MJ-1167-RN-1**